```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

LIFE INSURANCE COMPANY OF
NORTH AMERICA                                               PLAINTIFF

       v.        Civil No. 08-5079

KAREN JEAN HEATH and
TONYA BARTLET                                               DEFENDANTS

## O R D E R

Now on this 15th day of May, 2008, comes on for consideration plaintiff's **Motion For Voluntary Dismissal** (document #2), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is **dismissed without prejudice**.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**